# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CECIL WAYNE GREGORY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-22-327-R |
| | ) | |
| **LINDAMOOD HEAVY HAULING, INC.,** | ) | |
| a foreign for-profit corporation; | ) | |
| and **JOHN RYAN THEOBALT,** | ) | |
| an individual, | ) | |
| | ) | |
| Defendant. | ) | |
| **BARBARA ANN WHITEMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-22-486-R |
| | ) | |
| **JOHN RYAN THEOBALT;** and | ) | |
| **LINDAMOOD HEAVY HAULING, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants Lindamood Heavy Hauling and John Ryan Theobalt filed a motion to consolidate the actions filed by Cecil Wayne Gregory [CIV-22-327-R] and Barbara Ann Whiteman [CIV-22-486-R][1] on June 22, 2022. The motion was filed in the Gregory action and a notice of the motion was filed in the Whiteman action on the same date. Neither plaintiff has responded to the motion.

---

[1] CIV-22-486 was initially assigned to Judge Charles Goodwin. On July 12, 2022, Judge Goodwin transferred the case to Judge Russell.

Upon review of the motion to consolidate, the Court finds that good cause exists and grants the motion. This Order shall be filed in both cases. The cases are hereby consolidated in their entireties, with the base file being CIV-22-327. All future filings shall be filed only under Case No. CIV-22-327-R.

IT IS SO ORDERED this 15th day of July 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE